USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DESROY CLARKE,

                Petitioner,

    -against-

T. GRIFFIN, Superintendent of Eastern
Corrections Facility,

                Respondent.

-------------------------------------------------------------X

13 **CIVIL** 4812 (NSR)(JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated October 28, 2020, Magistrate Judge Judith C. McCarthy's R &

R is adopted in its entirety. The petition for a writ of habeas corpus is therefore denied. As

Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate

of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195

(2d Cir. 2005); Lozada v. United States, 107 F.3d 1011, 1017 (2d Cir. 1997), abrogated on other

grounds by United States v. Perez, 129 F.3d 225, 25960 (2d Cir. 1997). The Court certifies

pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good

faith, and therefore in forma pauperis status is denied for the purposes of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
      October 29, 2020

                               **RUBY J. KRAJICK**

                               **Clerk of Court**

           **BY:**                                       
                                   **Deputy Clerk**